NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN BEEBE,                                     )
                                                  )
                Appellant,                        )
                                                  )
v.                                                )        Case No. 2D17-2112
                                                  )
MICHELLE KIMBERLY                                 )
HODGES-WRAY,                                      )
                                                  )
                Appellee.                         )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Susan St. John, Judge.

Steven Beebe, pro se.

No appearance for Appellee.


PER CURIAM.


                Affirmed.


KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.